Gabriel HERNANDEZ, Petitioner

v.

UNITED STATES PAROLE COMMISSION, Respondent.

No. 08–61019
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 16, 2009.

Gabriel Hernandez, Anthony, NM, pro se.

Rockne James Chickinell, Deputy, General Counsel U.S. Parole Commission, Chevy Chase, MD, for Respondent.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Petitioner Gabriel Hernandez, presently incarcerated in the Federal Correctional Institution, La Tuna, Texas, appearing pro se, appeals the release date determination that Respondent United States Parole Commission made on March 9, 2005, pursuant to 18 U.S.C. § 4106A(b)(1)(A), which also prescribes that a notice of appeal of such a determination must be made within

45 days. Petitioner did not file his notice of appeal until November 3, 2008.

In the absence of a timely filed notice of appeal, we have no jurisdiction to entertain this petition. Accordingly, (1) it is dismissed without prejudice to, inter alia, the reopening of a special transferee hearing by the Respondent pursuant to its Notice of Action 54033–180 of March 27, 2009 and (2) Petitioner's motion for appointment of counsel is denied.

APPEAL DISMISSED; MOTION DENIED.